**Order entered May 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00105-CV

### UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant

### V.

### ELLEN S. VITETTA, Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-09146

## ORDER

Before the Court is appellant's May 1, 2019 unopposed motion for a one-week extension of time to file its reply brief. We **GRANT** the motion and **ORDER** the reply brief be filed no later than May 13, 2019.

/s/     KEN MOLBERG
        JUSTICE